UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:14-CV-60245-WJZ

CYNTHIA DENISE JACOBS,

       Plaintiff,

vs.

STELLAR RECOVERY, INC.,

       Defendant.
_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties. The Court is respectfully requested to retain jurisdiction solely for the purpose of enforcing the settlement agreement should the need arise. The effectiveness of this stipulation is conditioned on the Court's entry of an order retaining jurisdiction. *See* Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix his electronic signature to this Joint Stipulation for Final Order of Dismissal.

| | |
|---|---|
| /s/Yechezkel Rodal<br>Yechezkel Rodal Esq.<br>Florida Bar No. 91210<br>chezky@floridaloanlawyers.com<br>Loan Lawyers, LLC<br>377 North State Road 7, Suite #202<br>Plantation, FL 33317<br>Telephone: (954) 523-4357<br>Facsimile: (954) 581-2786<br><br>*Counsel for Plaintiff* | /s/ Ernest Henry Kohlmyer , III<br>Ernest Henry Kohlmyer , III, Esq.<br>Florida Bar No. 110108<br>kohlmyer@urbanthier.com;<br>Taylor@urbanthier.com<br>Urban, Thier, Federer & Chinnery, P.A<br>200 S Orange Ave Ste 2000<br>Orlando, FL 32801<br>Telephone: (407)245-8352 x8048<br>Facsimile: (407)245-8361<br><br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 16, 2014 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

Ernest Henry Kohlmyer , III, Esq.
Urban, Thier, Federer & Chinnery, P.A
200 S Orange Ave Ste 2000
Orlando, FL 32801
Counsel for Defendant STELLAR
Service by CM/ECF

                                                LOAN LAWYERS, LLC
                                                *Attorneys for Plaintiff*
                                                377 North State Road 7, Suite #202
                                                Plantation, FL 33317
                                                Telephone:  (954) 523-4357
                                                Facsimile:  (954) 581-2786

                                                */s/Yechezkel Rodal*
                                                Yechezkel Rodal, Esq.
                                                Florida Bar No. 91210
                                                chezky@floridaloanlawyers.com